JOHN M. SORICH (CA Bar No. 125223)
John.Sorich@piblaw.com
DAVID M. LIU (CA Bar No. 216311)
David.Liu@piblaw.com
PARKER IBRAHIM & BERG LLP
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., AND
CITIBANK, N.A.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LYDIA CERDA, an individual; and MASUD OSMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; CITIBANK, N.A., and DOES 1 through 25, inclusive,<br><br>Defendants. | **CASE NO.:** 8:16-cv-00893 JVS (JCGx)<br><br>**JUDGE:** James V. Selna<br><br>**JUDGMENT:**<br>**(1) RESCINDING FORECLOSURE SALE; (2) CANCELLING TRUSTEE'S DEED AND ASSIGNMENT OF DEED OF TRUST; AND (3) REINSTATING DEED OF TRUST**<br><br>**ACTION FILED: April 8, 2016**<br>**REMOVED: May 16, 2016** |

The Court, having granted the motion of defendants JPMorgan Chase Bank, N.A., ("Chase") and Citibank, N.A., ("Citibank") (collectively, "Defendants") to enforce the settlement placed on the record in open court on March 29, 2018, with plaintiff Lydia Cerda ("Cerda") and non-party Masud Osman ("Osman"), enters judgment (the "Judgment") in this action as follows:

4750774.2

A. This action involves the real property located at 380 West Wilson Street, #E101, Costa Mesa, California 92627 and identified by APN 938-25-019 (the "Subject Property"). On or about November 13, 2003, Cerda executed and delivered a promissory note in the amount of $277,000.00 (the "Note") to Washington Mutual Bank, FA ("WaMu") as lender. Also, on or about November 13, 2003, as security for repayment of the Note, Cerda executed a deed of trust (the "Deed of Trust") in favor of WaMu as lender. The Deed of Trust encumbered the Subject Property and was recorded on November 19, 2003 in the Official Records of Orange County, California ("Official Records") as document number 2003001405126. The loan evidenced by the Note and Deed of Trust shall be referred to as the "Subject Loan."

B. On April 11, 2012, a non-judicial foreclosure sale (the "Foreclosure Sale") occurred pursuant to the power of sale contained in the Deed of Trust. **The Foreclosure Sale is hereby rescinded, with title of the Subject Property being restored to Cerda as if the Foreclosure Sale had never occurred**.

C. In conjunction with the Foreclosure Sale, a trustee's deed upon sale was recorded in the Official Records on April 17, 2012, as document number 2012000216389, which purportedly transferred title of the Subject Property to Citibank (the "Trustee's Deed"). **The Trustee's Deed is hereby rescinded and canceled as of the date of the Foreclosure Sale, such that it is of no legal force or effect.**

D. Also on April 17, 2012, a corporate assignment of deed of trust was recorded in the Official Records as document number 2012000216388, which purportedly assigned the Deed of Trust to Citibank (the "Assignment"). The Assignment reflects that it was executed on April 12, 2012. **The Assignment is hereby rescinded and canceled as of the date it was executed**, **such that it is of no legal force or effect.**

///

[PROPOSED] JUDGMENT

4750774.2

E.     Upon entry of this Judgment, **the Deed of Trust is reinstated as a lien against the Subject Property as of the date it was first recorded**, November 19, 2003, and may be foreclosed upon in accordance with its terms and applicable California law.

F.     A certified copy of this Judgment may be recorded in the Official Records.


**IT IS SO ORDERED. ADJUDGED AND DECREED.**


Date: September 10, 2018

_____
The Honorable James V. Selna
Judge, United States District Court

**[PROPOSED] JUDGMENT**

4750774.2